Name and address:

Willmore F. Holbrow III SBN (169688)
BUCHALTER
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
213-891-0700 / wholbrow@buchalter.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff(s),<br>v.<br>COMPLEX MEDIA, INC., a Delaware Corporation; and DOES 1-10, inclusive<br><br>Defendant(s). | **CASE NUMBER**<br><br>2:21-cv-05865-RGK-ADS<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE** |

## INSTRUCTIONS FOR APPLICANTS

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

## SECTION I - INFORMATION

Del Pizzo, Nancy A.
*Applicant's Name (Last Name, First Name & Middle Initial)*                   check here if federal government attorney ☐

Rivkin Radler LLP
*Firm/Agency Name*

| 25 Main Street - Court Plaza North | 201-287-2460 | 201-489-0495 |
|---|---|---|
| Suite 501 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Hackensack, NJ 07601-7082 | Nancy.DelPizzo@Rivkin.com | |
| *City, State, Zip Code* | *E-mail Address* | |

I have been retained to represent the following parties:

Complex Media, Inc.                                  ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____
                                                     ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| New Jersey Courts | 12/06/2005 | Yes |
| New York Courts | 01/25/2006 | Yes |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:19-cv-08034 | Alan V. Satterwhite v. Complex Media, Inc. | 10/14/2019 | Granted |
| 3:21-cv-00223 | Raen Optics, LLC v. JAND Inc. dba Warby Parker | 6/23/2021 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 8/26/2021

Nancy A. Del Pizzo
Applicant's Name (please type or print)

*/s/ Nancy A. Del Pizzo*
Applicant's Signature

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Holbrow, William F.
*Designee's Name (Last Name, First Name & Middle Initial)*

Buchalter
*Firm/Agency Name*

1000 Wilshire Boulevard
Suite 1500
*Street Address*

Los Angeles, CA 90017
*City, State, Zip Code*

213-891-0700
*Telephone Number*

wholbrow@buchalter.com
*Email Address*

169688
*Designee's California State Bar Number*

213-896-0400
*Fax Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 8/30/2021

Willmore F. Holbrow III
*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Nancy Ann Del Pizzo** (No. **012182005**) was constituted and appointed an Attorney at Law of New Jersey on **December 6, 2005** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 27th day of August, 2021.

*Heather J. Baker*
Clerk of the Supreme Court

-453a-



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Nancy Ann Del Pizzo

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 25, 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Albany on August 20, 2021.*

*Robert D. Mayberger*
Clerk of the Court

CertID-00028674