Nancy A. Del Pizzo
Rivkin Radler LLP
25 Main Street Suite 501 - Court Plaza North
Hackensack, NJ 07601-7082
201-287-2460
Fax: 201-489-0495
Email: nancy.delpizzo@rivkin.com

Willmore F. Holbrow, III
Buchalter PC
1000 Wilshire Boulevard Suite 1500
Los Angeles, CA 90017
310-490-3373
Fax: 213-896-0400
Email: wholbrow@buchalter.com

*Attorneys for Defendant,*
Complex Media, Inc.

**DENIED BY THE COURT**

By: *Gary Klausner*
Hon. R. Gary Klausner
U.S. District Judge

Dated: May 25, 2022

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>COMPLEX MEDIA, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-05865<br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COMPLEX MEDIA, INC.'S REQUEST FOR LIMITED CONTINUANCE** [25] |

The Court having considered Defendant Complex Media, Inc.'s ("Complex") Request for a Limited Continuance, and finding good cause therefor,

IT IS HEREBY ORDERED that the Request is GRANTED and all upcoming deadlines including the trial date are extended by thirty (30) days.

Dated: _____   By: **DENIED BY THE COURT** _____
R. GARY KLAUSNER
Judge - U.S. District Court